ATTORNEY GRIEVANCE COMMISSION       *     IN THE
OF MARYLAND
                                     COURT OF APPEALS

         Petitioner,            *     OF MARYLAND

v.                               *     Misc. Docket AG

JANE TOLAR                        *     No. 66

         Respondent.          *     September Term, 2018

                                               *

## ORDER

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Jane Tolar, to suspend the Respondent for sixty days from the practice of law for violating Rule 19-308.1(a) and (b) of the Maryland Attorneys' Rules of Professional Conduct.  The Court having considered the Petition, and the record herein, it is this <u>19th</u> day of <u>August</u>, 2019;

ORDERED, by the Court of Appeals of Maryland, that, effective September 20, 2019, the Respondent, Jane Tolar, be suspended for sixty days from the practice of law in the State of Maryland; and it is further

ORDERED, that on September 20, 2019, the Clerk of this Court shall strike the name of Jane Tolar from the registry of attorneys in the Court and certify that fact to the trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



                                            /s/ Robert N. McDonald
                                            Senior Judge

Suzanne C. Johnson, Clerk